IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. **99-cr-315-DBS-01**

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

NORMAN EDWARD CAMPBELL,

        Defendant.

---

**ORDER TERMINATING SUPERVISED RELEASE
PRIOR TO ORIGINAL EXPIRATION DATE**

---

On February 19, 2009, the probation officer submitted a petition for early termination of supervised release in this case. On February 19, 2009, the court ordered that the probation officer serve the petition on the United States and that the United States respond in writing within fifteen days of the date of service. The petition was served on the United States on February 19, 2009, and the United States has not objected to the proposed relief. Accordingly, it is

ORDERED that the defendant be discharged from supervised release and that the proceedings in the case be terminated.

DATED at Denver, Colorado, this 9th day of March, 2009.

                                      BY THE COURT:

                                      ***s/John L. Kane***
                                      JOHN L. KANE
                                      United States Senior District Judge